IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID LIBRACE**                                                                                          **PLAINTIFF**

**V.**                                          **2:16CV00074 JM**

**DEBORAH HELTON WRIGHT, et al,**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 14th day of August, 2017.

_____
James M. Moody Jr.
United States District