No. _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 13 2017

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID LIBRACE**
Plaintiff-Appellant

v.

**DEBORAH HELTON WRIGHT WILLETTE, TERRY WILLETTE,
AND A.C.E. INVESTIGATION AKA A.C.E.S. INVESTIGATION**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF ARKANSAS, EASTERN DIVISION
No. 2:16-cv-00074
United States District Judge Moody

## NOTICE OF APPEAL FROM THE LOWER COURT

DAVID LIBRACE, PRO-SE
203 S 7TH
West Helena, Arkansas 72390
(786) 342-4032
(870) 753-4088

RECEIVED
SEP 13 2017
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

## NOTICE OF APPEAL

COMES NOW, Appellant, David Librace, Pro-Se files this Notice of Appeal from the lower Court of Eastern District Arkansas Eastern District, the Honorable Judge James M Moody, Jr. This 19th of September 2017. Attached to this Notice is a Motion and Affidavit for Permission to Appeal in Forma Pauperis Status.

As of this date, Appellant has not received a Notice from the Court regarding the dismissal of case and request the Court to provide said copy.

Signed this 10th September 2017

Respectfully Submitted,

David Librace
203 S 7th
West Helena, Arkansas 72390
(786) 342-4032
(870) 816-6234 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2017, I mailed the foregoing Response for Appellant by Frist Class Mail.

KYLE R STONER
Post Office Box 100
Helena, Arkansas 72342

                                       Respectfully Submitted,

                                       David Librace
                                       203 S 7th
                         West Helena, Arkansas 72390
                                (786) 342-4032
                           (870) 816-6234 facsimile

PacerMonitor ≡ Sign In →

# Librace v. Wright et al

**Arkansas Eastern District Court**

| | |
|---|---|
| Judge: | James M Moody Jr |
| Case #: | 2:16-cv-00074 |
| Nature of Suit | 320 Torts - Personal Injury - Assault, Libel, & Slander |
| Cause | 28:1332 Diversity-Libel,Assualt,Slander |
| Case Filed: | May 12, 2016 |
| Terminated: | Aug 14, 2017 |

Docket    Parties (4)

Docket last updated: 09/06/2017 11:59 PM CDT

## Monday, August 14, 2017

37  order | Judgment | Mon 4:38 PM
JUDGMENT Pursuant to the 36 Order entered on this day, Judgment is entered in favor of the Defendants and against the Plaintiff. Signed by Judge James M. Moody Jr. on 8/14/2017. (mcz)

36  order | Order on Motion for Summary Judgment | Mon 4:34 PM
ORDER granting Defendants' 28 Motion for Summary Judgment. The Clerk is directed to close the case. Signed by Judge James M. Moody Jr. on 8/14/2017. (mcz)

## Monday, July 24, 2017

35   respm | Response to Motion | Mon 4:07 PM
OBJECTION to Defendant's Summary Judgment 28 filed by David Librace. (jap)

34   respoth | Response (Non Motion) | Mon 3:51 PM

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street
St. Louis, Missouri
63102

Michael E. Gans
Clerk of Court

Voice (314) 244-2400
Fax (314) 244-2780
http://www.ca8.uscourts.gov

September 12, 2017

Mr. Jim McCormack, Clerk
U.S. District Court
Rm. 402, 600 W. Capitol Avenue
Little Rock, AR 72201

Case: David Librace v. Deborah Wright et al

District Court Case Number: 2:16-cv-00074-JM

Dear Mr. McCormack

    Enclosed for processing by your office is a Notice of Appeal from Mr. Librace. The notice should be filed in the district court as of the date received by this office, September 13, 2017.

    Mr. Librace is hereby notified that Notices of Appeal must be filed in the district court in which the case was tried. Forwarding the notice here only results in delay as the document must then be forwarded to the District Court for filing.

Sincerely

Michael E. Gans
Clerk of Court

aev

Mr. David Librace
203 S. 7th
West Helena, Arkansas 72390

```
                                      RECEIVED
                                  U.S. DISTRICT COURT
                               EASTERN DISTRICT ARKANSAS

                                  2017 SEP 18  AM 9: 51

                                   JAMES W. McCORMACK

                               BY:_____
```

Mr. Jim McCormack, Clerk
U.S. District Court
Rm. 402, 600 W. Capitol Avenue
Little Rock, AR 72201

-----

-----