# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3073
_____

David Librace

Plaintiff - Appellant

v.

Deborah Helton Wright, also known as Deborah Faye Willette, also known as Debbie Willette, also known as Deborah Helton Wright Willette; Terry Willette, Sr.; ACES Investigation

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:16-cv-00074-JM)
_____

**JUDGMENT**

Before WOLLMAN, LOKEN and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion entered on April 27, 2018 of this Court.

May 03, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3073
_____

David Librace

Plaintiff - Appellant

v.

Deborah Helton Wright, also known as Deborah Faye Willette, also known as Debbie Willette, also known as Deborah Helton Wright Willette; Terry Willette, Sr.; ACES Investigation

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:16-cv-00074-JM)
_____

## JUDGMENT

Before WOLLMAN, LOKEN and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court, entered on April 27, 2018.

May 03, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



17-3073 David Librace v. Deborah Wright, et al "judgment filed sua sponte affirmed" (2:16-cv-00074-JM)
ca08ml_cmecf_Notify   to:                                                05/03/2018 09:29 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/03/2018

| | |
|---|---|
| **Case Name:** | David Librace v. Deborah Wright, et al |
| **Case Number:** | 17-3073 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion filed on April 27, 2018.. ROGER L. WOLLMAN, JAMES B. LOKEN and JANE KELLY Scrg Apr 2018 [4657523] [17-3073] (Jeanette McKee)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. William Kyle Stoner: kyle@kylestonerlaw.com


**Notice will be mailed to:**


Mr. David Librace
203 S. Seventh Street
West Helena, AR 72390-3019

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/JeanetteMcKee_173073_4657523_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=05/03/2018] [FileNumber=4657523-0]
[40c9d2f0207f2ac7870641c2a6c5371b2e0f916b2d48c9ff79215dedb92aada57648e22975048aa734475695eae9942a45fb5bc28425d3bc693b410feec858cd]]

**Recipients:**
- Mr. David Librace
- Mr. Jim McCormack, Clerk of Court
- Mr. William Kyle Stoner

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4657523
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 6039919, 6039920, 6039921